IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHERYL GORDON
AN INDIVIDUAL,

   Plaintiff,

    v.

KAMERON PATTON
AN INDIVIDUAL, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:18-CV-1667-TWT

**ORDER**

No response to the Court's Order of July 2, 2018 having been filed, this action is DISMISSED without prejudice.

SO ORDERED, this 26 day of July, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\Gordon\18cv1667\dismiss.wpd